UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL PATRICK JOLIVETTE,

Plaintiff,

v.

WENDY GETTY, et al.,

Defendants.

Case No. 26-cv-01210-JD

**ORDER RE DISMISSAL**

Plaintiff, a former prisoner, filed a pro se writ of mandamus.  He paid the filing fee.

Plaintiff's complaint is difficult to understand but appears to be directed at registering a purported judgment of ten million dollars from a different court and compelling state officials to pay the money.  It is true that, under 28 U.S.C. § 1963, a judgment in an action to recover money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district court.  But the ten million dollars said to be due in a judgment by an "Adjudicator Court," Dkt. No. 8 at 3, is a flight of fantasy.  A valid judgement has not been plausibly alleged.

Plaintiff has filed many cases in district courts in the Ninth Circuit to register and execute on judgments.  *See, e.g.*, *Jolivette v. People of the State of California*, N.D. Cal. 14-mc-80001 RS at Dkt. No. 9 (describing procedural history and stating that an "the attempt to register the purported 'judgment,' [from the Supreme Court of Justice of the Shaykamaxum Republic of Amexum] is frivolous"); *Jolivette v. People of California*, Case No. 16-cv-00092, 2016 WL 1714222 at *3 (D. Nev. Mar. 10, 2016) (collecting over 15 cases in which plaintiff unsuccessfully attempted to register foreign judgments); *Jolivette v. Acosta*, D. Nev. Case No. 14-cv-130 JCM-GWF at Dkt. No. 5 (rejecting plaintiff's request for a writ of execution because the district court

United States District Court
Northern District of California

could not determine the identity of the court that supposedly issued the judgment sought to be enforced where the judgment was from "an 'adjudicator' near the zip code '95829'" and one document "bears a signature from an officer of 'the unincorporated United States of America'"); *Jolivette v. People of the State of California*, Case No. 19-cv-04213-EMC, 2019 WL 6771782, at *2 (N.D. Cal. Dec. 12, 2019); *Jolivette v. Gastello*, Case No. 2:19-cv-02173 KJM AC P, 2020 WL 229977 (E.D. Cal. Jan. 15, 2020).

This is another frivolous case filed by plaintiff.  Further amendment of the complaint is not warranted, and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 20, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2