UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL PATRICK JOLIVETTE,

Plaintiff,

v.

WENDY GETTY, et al.,

Defendants.

Case No. 26-cv-01210-JD

**ORDER**

Re: Dkt. No. 17

Pro se plaintiff Jolivette, a former prisoner, filed a writ of mandamus. The Court dismissed the case with prejudice at screening. Plaintiff filed a request for rehearing that the Court construes as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) and a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). Under either standard, the request is denied.

Plaintiff's action was difficult to understand but appeared to be directed at registering a purported judgment of ten million dollars from a different court and compelling state officials to pay the money. The Court noted that a valid judgement had not been plausibly alleged and the ten million dollars said to be due in a judgment by an "Adjudicator Court," Dkt. No. 8 at 3, was a flight of fantasy.

The Court also noted that plaintiff had filed many cases in district courts in the Ninth Circuit to register and execute on judgments. *See*, *e.g.*, *Jolivette v. People of the State of California*, N.D. Cal. 14-mc-80001 RS at Dkt. No. 9 (describing procedural history and stating that an "the attempt to register the purported 'judgment,' [from the Supreme Court of Justice of the Shaykamaxum Republic of Amexum] is frivolous"); *Jolivette v. People of California*, Case No. 16-cv-00092, 2016 WL 1714222 at *3 (D. Nev. Mar. 10, 2016) (collecting over 15 cases in

United States District Court
Northern District of California

which plaintiff unsuccessfully attempted to register foreign judgments); *Jolivette v. Acosta*, D. Nev. Case No. 14-cv-130 JCM-GWF at Dkt. No. 5 (rejecting plaintiff's request for a writ of execution because the district court could not determine the identity of the court that supposedly issued the judgment sought to be enforced where the judgment was from "an 'adjudicator' near the zip code '95829'" and one document "bears a signature from an officer of 'the unincorporated United States of America'").

Plaintiff repeats the same frivolous arguments in the original petition.  The motion (Dkt. No. 17) is denied.

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____
JAMES DONATO
United States District Judge